UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,　　　　　　　　　　Civil No. 17-cv-12877

vs.　　　　　　　　　　　　　　　　　Honorable: Robert H. Cleland

THIRTEEN THOUSAND TWENTY
DOLLARS ($13,020.00) IN U.S.
CURRENCY,
        Defendant *in rem*.
_____/

## **Default Judgment and Final Order Of Forfeiture**

This matter having come before the Court on Plaintiff United States of America's ("United States") Motion For Default Judgment Against All Interested Parties and Final Order of Forfeiture of the Defendant *in rem*, and the Court having reviewed the Motion and record in this case and being fully aware of the issues;

**IT IS HEREBY ORDERED** that Plaintiff's Motion is **GRANTED** and Default Judgment is **ENTERED** in favor of the United States and against Candice Dudley and Larry Dudley, Jr., and all other interested parties as to the Defendant *in rem*, more particularly described as: Thirteen Thousand Twenty Dollars ($13,020.00) in U.S. Currency.

**IT IS FURTHER ORDERED** that any right, title, or ownership interest of Candice Dudley and Larry Dudley, Jr., and all other interested parties, or their successors and assigns, in the Defendant *in rem* is forever **EXTINGUISHED** and the Defendant *in rem* is **FORFEITED** to the United States pursuant to 21 U.S.C. § 881 and a Final Order of Forfeiture as to the Defendant *in rem* is **GRANTED** and **ENTERED**.

The Court **FURTHER ORDERS** that clear title to the Defendant *in rem* is **VESTED** in the United States and the United States Drug Enforcement Administration, or its delegate, is **AUTHORIZED** to dispose of the Defendant *in rem* according to law.

    S/Robert H. Cleland
ROBERT H. CLELAND
UNITED STATES DISTRICT JUDGE

Dated: January 9, 2018

I hereby certify that a copy of the foregoing document was mailed to counsel of record and/or pro se parties on this date, January 9, 2018, by electronic and/or ordinary mail.

    S/Lisa Wagner
Case Manager and Deputy Clerk
(810) 292-6522